# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERMAN ANTWAN BROADHEAD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 14-00216-CB-N |
| CYNTHIA D. McCOVERY, et al., | ) ) ) | |
| Defendants, | ) ) | |

## ORDER

This matter is before the Court on Plaintiff's objection to the Magistrate Judge's Report and Recommendation that Plaintiff's motion for temporary restraining order (TRO) be denied. (Doc. 47.) Plaintiff does not object to the denial of the TRO; instead, he objects to the Magistrate Judge's characterization of the facts asserted in his amended complaint. The facts allegedly omitted by the Magistrate Judge had no affect on the recommendation regarding the TRO. Therefore, the objection is overruled, and the Report and Recommendation is **ADOPTED** as the opinion of this Court,

**DONE** and **ORDERED** this the 26th day of May, 2015.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**