IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHERMAN ANTWAN BROADHEAD,           :
     Plaintiff,                                        :
                                                          :
                                                          :
vs.                                                         :           CIVIL ACTION NO. 14-00216-CB-N
                                                          :
CYNTHIA D. McCOVERY, *et. al.*,        :
     Defendants.                                     :

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the claims made against Defendants Wayne Gray, Amanuel DuBose, Anthony Gibson, and Timothy Wetzel are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 11th day of April, 2016.

<u>s/*Charles R. Butler, Jr.*</u>
**Senior United States District Judge**